# Exhibit 4

Filed in The District Court
of Travis County, Texas

AR   APR 0 1 2022

At _____ 3:00 _____ P.M.

Velva L. Price, District Clerk

# D-1-GN-18-001605

| | | |
|---|---|---|
| MARCEL FONTAINE, | § | IN DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | 459th DISTRICT COURT |
| KIT DANIELS, | § | |
| *Defendants* | § | |

## ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS REGARDING EVIDENCE TAMPERING

On this day, the Court considered Plaintiffs' Motion for Sanctions concerning evidence tampering. The Court finds that Defendants willfully concealed and fabricated evidence to avoid their obligations under this Court's discovery orders. Defendants' willful obstruction is greatly aggravated by Defendants' longstanding refusal to participate in discovery in good faith.

The Court therefore ORDERS that sanctions be assessed Defendants, including the following remedies allowed under Rule 215:

☒ an order charging all of the expenses of discovery or taxable court costs against the Defendants, *related to this request and this motion*

( ) an order that the matters regarding which the order was made or any other designated facts shall be taken to be established for the purposes of the action in accordance with the claim of the party obtaining the order; to wit, the jury shall be instructed that any disputes of fact over the history of demands for correction to InfoWars shall be taken as established in favor of the Plaintiff.

1

X  Defendants shall pay a punitive monetary sanction of $ **25,000**

within 30 days of this order.

Defendant shall also pay reasonable costs and expenses relating to Plaintiff's Motion. Plaintiff is ordered to submit an itemization of his costs and expenses to Defendants. If Defendants cannot agree to the amount, Plaintiff shall submit evidence to the Court of the reasonable value of his costs and expenses.

~~Given the gravity of the misconduct, the Court~~ is also referring this matter to the ~~Travis County District Attorney and the General Counsel of the State Bar of Texas.~~

Dated **March  31**       , 2022.

Hon. Maya Guerra Gamble