IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones,<br><br>　　　　Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br><br>Free Speech Systems LLC,<br><br>　　　　Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Alexander E. Jones and Free Speech Systems LLC,<br><br>　　　　Defendants. | Adv. Pro. No.: 23-03034 (CML)<br>　　　　　　　　23-03035 (CML) |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Park, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Alexander E. Jones and Free Speech Systems LLC,<br><br>　　　　Defendants. | Adv. Pro. No. 23-03036 (CML)<br>　　　　　　　　23-03037 (CML) |

**NOTICE OF HEARING ON EMERGENCY MOTIONS OF THE TEXAS
AND CONNECTICUT PLAINTIFFS FOR ENTRY OF AN ORDER
(A) SCHEDULING CERTAIN DATES AND DEADLINES,
(B) ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION
WITH SUCH HEARINGS, AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 24, 2023, the Texas Plaintiffs[1] filed their *Emergency Motion of the Texas Plaintiffs for Entry of an Order (A) Scheduling Certain Dates and Deadlines, (B) Establishing Certain Protocols in Connection with Such Hearings, and (C) Granting Related Relief* [Docket No. 7 in Adv. Pro. Case Nos. 23-03034 (CML) and 23-03035 (CML)] (the "Texas Plaintiffs' Motion") and the Connecticut Plaintiffs filed their *Emergency Motion of the Connecticut Plaintiffs for Entry of an Order (A) Scheduling Certain Dates and Deadlines, (B) Establishing Certain Protocols in Connection with Such Hearings, and (C) Granting Related Relief* [Docket No. 16 in Adv. Pro. Case Nos. 23-03036 (CML) and 23-3037 (CML)] (the Connecticut Plaintiffs' Motion, and together with the Texas Plaintiffs' Motion, the "Texas and Connecticut Plaintiffs' Motions").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Texas and Connecticut Plaintiffs' Motions will be held on **Tuesday, April 4, 2023 at 11:00 a.m. (CST)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in person, by telephone, and by remote video conference. Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to https://www.gotomeet.me/JudgeLopez and clicking the "join the meeting" button. Audio connects by phone are required for all video participants.

---

[1] Defined terms used, but not defined herein, have the meanings ascribed to them in the Texas and Connecticut Plaintiffs' Motions.

Dated: March 31, 2023

| | |
|---|---|
| **MCDOWELL HETHERINGTON LLP**<br>By: /s/ Avi Moshenberg<br>Avi Moshenberg<br>State Bar No. 24083532<br>1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Telephone: (713) 337-5580<br>Fax: (713) 337-8850<br>E-mail: Avi.Moshenberg@mhllp.com | **CAIN & SKARNULIS PLLC**<br>By: /s/ Ryan E. Chapple<br>Ryan E. Chapple<br>State Bar No. 24036354<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Telephone: (512) 477-5000<br>Fax: (512) 477-5011<br><br>*Counsel to the Sandy Hook Families* |
| **CHAMBERLAIN, HRDLICKA,<br>WHITE, WILLIAMS & AUGHTRY, PC**<br>By: /s/ Jarrod B. Martin<br>Jarrod B. Martin<br>State Bar No. 24070221<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Telephone: (713) 356-1280<br>Fax: (713) 658-2553<br>E-mail: jarrod.martin@chamberlainlaw.com | **KOSKOFF KOSKOFF & BIEDER PC**<br>Alinor C. Sterling (admitted *pro hac vice*)<br>350 Fairfield Avenue<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 336-4421 |
| **WILLKIE FARR & GALLAGHER LLP**<br>By: /s/ Jennifer J. Hardy<br>Jennifer J. Hardy<br>State Bar No. 24096068<br>600 Travis Street<br>Houston, Texas 77002<br>Telephone: (713) 510-1766<br>Fax: (713) 510-1799<br>E-mail: jhardy2@willkie.com | **PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>Kyle J. Kimpler (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Daniel S. Sinnreich (admitted *pro hac vice*)<br>Daniel A. Negless (admitted *pro hac vice*)<br>Briana P. Sheridan (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Fax: (212) 757-3990<br><br>*Counsel to the Sandy Hook Families other than Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty* |
| **WILLKIE FARR & GALLAGHER LLP**<br>Rachel C. Strickland (admitted *pro hac vice*)<br>Stuart R. Lombardi (admitted *pro hac vice*)<br>Ciara A. Sisco (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Fax: (212) 728-8111<br>E-mail: rstrickland@willkie.com<br>E-mail: slombardi@willkie.com<br>E-mail: csisco@willkie.com<br><br>*Co-Counsel to the Texas Plaintiffs* | **ZEISLER & ZEISLER, PC**<br>Eric Hensy (admitted *pro hac vice*)<br>10 Middle Street, 15th Floor<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-5495<br><br>*Counsel to Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty* |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Hearing has been served on counsel for the Debtor, the Debtor, and all parties receiving or entitled to notice through CM/ECF on this 31st day of March, 2023.

                                              */s/ Jennifer J. Hardy*
                                              Jennifer J. Hardy