United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>　　　Debtor. | Bankruptcy<br>Case No. 22-33553 (CML)<br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate Of Marcel Fontaine,<br>　　　Plaintiffs,<br>　　v.<br>Alexander E. Jones and Free Speech Systems, LLC,<br>　　　Defendants. | Adv. Pro. No. 23-03035 (CML) |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty,<br>　　　Plaintiffs,<br>　　v.<br>Alexander E. Jones and Free Speech Systems, LLC,<br>　　　Defendants. | Adv. Pro. No. 23-03037 (CML) |

**STIPULATION AND AGREED ORDER REGARDING THE DISMISSAL OF FSS
FROM THE JONES ADVERSARY PROCEEDINGS AND
<u>SCHEDULE FOR THE ANSWER AND SUMMARY JUDGMENT BRIEFING</u>**

This Stipulation Regarding the Dismissal of FSS From the Jones Adversary Proceedings and Schedule for the Answer and Summary Judgment Briefing is entered into by and among: (a) Alexander E. Jones ("Jones"); (b) Free Speech Systems, LLC ("FSS"); (c) Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa and the estate of Marcel Fontaine (the "Texas

Plaintiffs"); and (d) David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty (the "Connecticut Plaintiffs");

WHEREAS, on July 29, 2022, FSS filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Court") (Bankruptcy Case No. 22-60043 (CML));

WHEREAS, on December 2, 2022, Jones filed a voluntary petition for relief under the Bankruptcy Code with the Court (Bankruptcy Case No. 22-33553 (CML));

WHEREAS, on March 10, 2023, the Texas and Connecticut Plaintiffs filed Adv. Pro. Nos. 23-03035 and 23-03037 against Jones and FSS within Case No. 22-60043 (the "Jones Adversary Proceedings");

WHEREAS, on March 24, 2023, the Connecticut Plaintiffs filed their *Emergency Motion of the Connecticut Plaintiffs for Entry of an Order (A) Scheduling Certain Dates and Deadlines, (B) Establishing Certain Protocols in Connection with Such Hearings, and (C) Granting Related Relief* [Docket No. 16 in Adv. Pro. Case Nos. 23-03036 (CML) and 23-3037 (CML)] and the Texas Plaintiffs filed their *Emergency Motion of the Texas Plaintiffs for Entry of an Order (A) Scheduling Certain Dates and Deadlines, (B) Establishing Certain Protocols in Connection with Such Hearings, and (C) Granting Related Relief* [Docket No. 7 in Adv. Pro. Case Nos. 23-03034 (CML) and 23-03035 (CML)];

WHEREAS a hearing on these motions was held on Tuesday, April 4, 2023 at 11:00 a.m. (CST) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002;

WHEREAS at the hearing, the parties informed the Court that they had met and conferred in good faith and, in interests of efficiency and to conserve judicial and estate resources, had reached an agreed-upon schedule governing the answer by Jones and the forthcoming motions for summary judgment by the Connecticut and Texas Plaintiffs in the above-captioned actions;

**NOW, THEREFORE IT IS HEREBY STIPULATED, AGREED, AND, UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT**:

1. FSS is hereby dismissed without prejudice as a defendant from the Jones Adversary Proceedings;

2. Jones shall answer the adversary complaints in the Jones Adversary Proceedings by April 28, 2023;

3. The Connecticut and Texas Plaintiffs shall file their motions for summary judgement in the Jones Adversary Proceedings by May 12, 2023;

4. Jones shall respond to the motions for summary judgment brought by the Connecticut and Texas Plaintiffs in the Jones Adversary Proceedings by June 12, 2023;

5. The Connecticut and Texas Plaintiffs shall file their summary judgment replies in the Jones Adversary Proceedings by July 7, 2023;

6. The Court shall hold a hearing on the motions for summary judgment brought by the Connecticut and Texas Plaintiffs in the Jones Adversary Proceedings on August 15, 2023 at 10:00 AM, and the parties shall exchange exhibit lists for this hearing by August 8, 2023.

7. For the avoidance of doubt, the Texas and Connecticut Plaintiffs agree their motions for summary judgment will be focused on the effect of the state court records—that Jones is precluded from litigating the state court findings and that the state court records (which form the basis for those findings) entitle the Texas and Connecticut Plaintiffs to summary judgment on their

3

claims.[1] Should the Court deny the Texas and Connecticut Plaintiffs' summary judgment motions, the parties are aware that the Court will enter a new scheduling order with a new dispositive motion deadline, and the parties expressly reserve their rights to file future motions for summary judgment.

**THE FOREGOING STIPULATION IS SO ORDERED:**

Signed: April 13, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**AGREED IN FORM AND SUBSTANCE:**

Dated: April 12, 2023

| | |
|---|---|
| **CAIN & SKARNULIS PLLC** | **WILLKIE FARR & GALLAGHER LLP** |
| By: /s/ Ryan E. Chapple | By: /s/ Jennifer J. Hardy |
| Ryan E. Chapple | Jennifer J. Hardy |
| State Bar No. 24036354 | State Bar No. 24096068 |
| 303 Colorado Street, Suite 2850 | 600 Travis Street |
| Austin, Texas 78701 | Houston, Texas 77002 |
| Telephone: (512) 477-5000 | Telephone: 713-510-1700 |
| Fax: (512) 477-5011 | Fax: 713-510-1799 |
| | |
| Counsel to the Connecticut Plaintiffs | -and- |
| | |
| **KOSKOFF KOSKOFF & BIEDER PC** | Rachel C. Strickland (admitted *pro hac vice*) |
| Alinor C. Sterling (admitted *pro hac vice*) | Stuart R. Lombardi (admitted *pro hac vice*) |
| 350 Fairfield Avenue | Ciara A. Sisco (admitted *pro hac vice*) |
| Bridgeport, Connecticut 06604 | 787 Seventh Avenue |
| Telephone: (203) 336-4421 | New York, New York 10019 |
| | Telephone: 212-728-8000 |
| **PAUL, WEISS, RIFKIND,** | Fax: 212-728-8111 |
| **WHARTON & GARRISON LLP** | |
| Kyle J. Kimpler (admitted *pro hac vice*) | **MCDOWELL HETHERINGTON LLP** |
| Christopher Hopkins (admitted *pro hac vice*) | Avi Moshenberg |
| Daniel S. Sinnreich (admitted *pro hac vice*) | State Bar No. 24083532 |

---

[1] Defined terms used, but not defined herein, have the meanings ascribed to them in the Texas and Connecticut Plaintiffs' emergency motions discussed above.

4

Daniel A. Negless (admitted *pro hac vice*)
Briana P. Sheridan (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990

*Counsel to the Connecticut Plaintiffs other than Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*

**ZEISLER & ZEISLER, PC**
Eric Henzy (admitted *pro hac vice*)
10 Middle Street, 15th Floor
Bridgeport, Connecticut  06604
Telephone:  (203) 368-5495

*Counsel to Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*

**Crowe & Dunlevy, P.C.**
By: */s/ Christina W. Stephenson*
Vickie L Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon Street, Ste. 425
Dallas, Texas 75201
Telephone: (737) 218-6187

**Jordan & Ortiz, PC**
Shelby A Jordan
500 N Shoreline, Ste. 900 N
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Fax: (361) 888-5555

*Counsel to Debtor Alexander E. Jones*

1001 Fannin Street Suite 2700
Houston, Texas 77002
Telephone: 713-337-5580
Fax: 713-337-8850

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin
State Bar No. 24070221
1200 Smith Street Suite 1400
Houston, Texas 77002
Telephone: 713-356-1280
Fax: 713-658-2553

*Counsel to the Texas Plaintiffs*

**Law Offices of Ray Battaglia, PLLC**
By: */s/ Raymond W. Battaglia*
Raymond W. Battaglia
State Bar No. 01918055
66 Granburg Circle
San Antonio, Texas 78218
Telephone: (210) 601-9405

*Counsel to Debtor Free Speech Systems, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing stipulation has been served on counsel for FSS and Jones and all parties receiving or entitled to notice through CM/ECF on this 12th day of April, 2023.

                                        */s/ Jennifer J. Hardy*
                                        Jennifer J. Hardy