IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br> ALEXANDER E. JONES <br><br> Debtor. | § <br> § <br> § <br> § <br> § | Case No. 22-33553 <br><br> Chapter 11 |
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA AND ESTATE OF MARCEL FONTAINE, <br><br> Plaintiffs, <br> v. <br><br> ALEXANDER E. JONES AND FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Adversary Case No. 23-03035 |
| DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M. SOTO, JILLIAN SOTO MARINO, WILLIAM ALDENBERG, WILLIAM SHERLACH, ROBERT PARKER AND RICHARD M. COAN, AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF ERICA LAFFERTY, <br><br> Plaintiffs, <br> v. <br><br> ALEXANDER E. JONES AND FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Adversary Case No. 23-03037 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned, hereby enters their appearance as co-counsel for Alexander E. Jones, debtor and debtor-in-possession (the "Debtor" or "Defendant") in the above-captioned cases, and pursuant to Federal Rule of Bankruptcy Procedure 2002 and 9019(b), requests that all notices given or required to be given in the above case and all papers served in this case be given to and served upon the undersigned at the following office, telephone number and facsimile number:

> Christina W. Stephenson
> CROWE & DUNLEVY, P.C.
> 2525 McKinnon St., Suite 425
> Dallas, Texas 75201
> 737-218-6187 - Telephone
> dallaseservice@crowedunlevy.com

and

> Caylin Craig
> CROWE & DUNLEVY, P.C.
> 2525 McKinnon St., Suite 425
> Dallas, Texas 75201
> 737- 218-6187 - Telephone
> dallaseservice@crowedunlevy.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise filed with regard to the above case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Claimant: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS – PAGE 2**

proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

DATED:  April 17, 2023.

Respectfully submitted,

/s/ *Christina W. Stephenson*
Christina W. Stephenson
State Bar No. 24049535
Caylin Craig
State Bar No. 24121552
CROWE & DUNLEVY, P.C.
2525 McKinnon St., Suite 425
Dallas, TX  75201
737- 218-6187 - Telephone
dallaseservice@crowedunlevy.com

**CO-COUNSEL FOR ALEXANDER E. JONES**

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, a true and correct copy of the above and foregoing was filed electronically, and notice was served via the court's CM/ECF system on all parties entering an appearance and requesting such notice in this case.

/s/ *Christina W. Stephenson*
Christina W. Stephenson