IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones,<br>　　　　Debtor. | Bankruptcy<br><br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate Of Marcel Fontaine,<br>　　　　Plaintiffs<br>　　v.<br>Alexander E. Jones,<br>　　　　Defendant. | Adv. Pro. No. 23-03035 (CML) |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty,<br>　　　　Plaintiffs,<br>　　v.<br>Alexander E. Jones,<br>　　　　Defendant. | Adv. Pro. No. 23-03037 (CML) |

**ORDER GRANTING DEFENDANT ALEXANDER E. JONES'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER**

The Court, after reviewing *Defendant Alexander E. Jones's Unopposed Motion To Extend Deadline To File Answer* (the "Motion"), finds that good cause exists to modify Defendant

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE ANSWER – Page 1**

Alexander E. Jones's ("Defendant") deadline to answer the adversary complaints as stipulated to by the Parties in this Matter [Dkt. No. 13] and that the Motion should be GRANTED.

Defendant's deadline to answer the adversary complaints in the Jones Adversary Proceedings (as defined in Dkt. No. 13) is **May 5, 2023.**

Signed _____, _____ 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE ANSWER – Page 2**