IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones<br><br>Debtor. | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine,<br><br>Plaintiffs,<br><br>v.<br><br>Alexander E. Jones and Free Speech Systems, LLC,<br><br>Defendants. | Adv. Pro. No.: 23-03035 (CML) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS HESLIN, LEWIS, POZNER, AND DE LA ROSA'S MOTION FOR SUMMARY JUDGMENT**

Upon the Motion for Summary Judgment (the "Motion") filed by Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, and Veronique De La Rosa (together, the "Movants,") for entry of an order (this "Order"), pursuant to section 523(a)(6) of title 11 of the United States Code (the "Bankruptcy Code"), declaring the debts owed to Movants by the above-captioned debtor (the "Debtor") are non-dischargeable; and this Court having reviewed the Motion and the Debtor's reply; and it appearing that the Court has jurisdiction over this matter; and this Court having held a hearing on the Motion on [August 15, 2023] (the "Hearing"); and having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. Summary Judgment is granted on Count One of the Complaint.[1]  The damages awarded in the Heslin/Lewis Final Judgment are not dischargeable under Section 523(a)(6) of the Bankruptcy Code.

3. Summary judgment is granted on Count Two of the Complaint.  Any damages awarded in the Pozner/De La Rosa Action are not dischargeable under Section 523(a)(6) of the Bankruptcy Code.

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

---

[1] Terms that are capitalized but not defined herein have the definitions given to them in the Complaint to Determine Dischargeability of Debt [Docket No. 1] (the "Complaint").

- 3 -

Dated: _____

                                                **Christopher M. Lopez**
                                      **UNITED STATES BANKRUPTCY JUDGE**