IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones<br><br>Debtor. | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine,<br><br>Plaintiffs,<br><br>v.<br><br>Alexander E. Jones and Free Speech Systems, LLC,<br><br>Defendants. | Adv. Pro. No.: 23-03035 (CML) |

**DECLARATION OF STUART R. LOMBARDI IN SUPPORT OF
PLAINTIFFS HESLIN, LEWIS, POZNER, AND DE LA ROSA'S MOTION FOR
SUMMARY JUDGMENT**

I, Stuart R. Lombardi, hereby declare:

1.   I am a partner at Willkie Farr and Gallagher LLP ("Willkie"). Willkie represents Neil Heslin, Scarlett Lewis, Leonard Pozner, and Veronique De La Rosa (together, the "Movants") in the above-referenced adversary proceeding.

1

2.  I am over the age of eighteen and make this declaration from personal knowledge based on information received and/or referenced herein.

3.  This declaration is submitted in support of Movants' Motion for Summary Judgment (the "Motion").

4.  Attached hereto as Exhibit 1 is a true and accurate copy of the August 3, 2022 Heslin/Lewis Trial[1] Transcript (Vol. 7).

5.  Attached hereto as Exhibit 2 is a true and accurate copy of the transcript for the January 14, 2022 Combined Sanctions Hearing Transcript for the Heslin/Lewis Action and *Leonard Pozner and Veronique De La Rosa v. Jones, et al.*, Cause No. D-1-GN-18-001842 (the "Pozner/De La Rosa Action").

6.   Attached hereto as Exhibit 3 is a true and accurate copy of the October 27, 2021 Amended Order on Plaintiff's Motion for Default Judgment and 2nd Motion for Contempt in *Neil Heslin v. Alexander E. Jones, et al.*, Cause No. D-1-GN-18-001835 (the "Heslin Action," and the judgment, the "Heslin Amended Default Judgment").

7.  Attached hereto as Exhibit 4 is a true and accurate copy of the July 31, 2018 Plaintiffs' First Amended Petition in the Pozner/De La Rosa Action (the "Pozner/De La Rosa Amended Petition").

8.  Attached hereto as Exhibit 5 is a true and accurate copy of the August 3-4, 2022 Heslin/Lewis Trial *Charge of the Court* regarding compensatory damages.

9.  Attached hereto as Exhibit 6 is a true and accurate copy of the August 5, 2022 Heslin/Lewis Trial *Charge of the Court* regarding exemplary damages.

---

[1] The "Heslin/Lewis Trial" refers to the trial conducted in the District Court for Travis County, Texas in *Neil Heslin and Scarlett Lewis v. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835 (the "Heslin/Lewis Action").

10. Attached hereto as Exhibit 7 is a true and accurate copy of the January 13, 2023 Final Judgment [Docket No. 382-1] in the Heslin/Lewis Action.

11. Attached hereto as Exhibit 8 is a true and accurate copy of the September 29, 2022 Plaintiffs' Fourth Amended Petition in the Heslin/Lewis Action.

12. Attached hereto[2] as Exhibit 9 is a true and accurate copy of the Heslin/Lewis Trial Video Exhibit 1.

13. Attached hereto as Exhibit 10 is a true and accurate copy of the Affidavit of Leonard Pozner.

14. Attached hereto as Exhibit 11 is a true and accurate copy of the July 27, 2022 Heslin/Lewis Trial Transcript (Vol. 2).

15. Attached hereto as Exhibit 12 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 5.

16. Attached hereto as Exhibit 13 is a true and accurate copy of Heslin/Lewis Trial Exhibit 48.

17. Attached hereto as Exhibit 14 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 8.

18. Attached hereto as Exhibit 15 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 10.

19. Attached hereto as Exhibit 16 is a true and accurate copy of Heslin/Lewis Trial Exhibit 56.

20. Attached hereto as Exhibit 17 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 12.

---

[2] Video exhibits will be provided to the Court in the format requested by Chambers.

21. Attached hereto as Exhibit 18 is a true and accurate copy of Heslin/Lewis Trial Exhibit 59.

22. Attached hereto as Exhibit 19 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 13.

23. Attached hereto as Exhibit 20 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 14.

24. Attached hereto as Exhibit 21 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 27.

25. Attached hereto as Exhibit 22 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 28.

26. Attached hereto as Exhibit 23 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 18.

27. Attached hereto as Exhibit 24 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 20.

28. Attached hereto as Exhibit 25 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 22.

29. Attached hereto as Exhibit 26 is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 23.

30. Attached hereto as Exhibit 27 is a true and accurate copy of an excerpt from Heslin/Lewis Trial Exhibit 100. The full copy can be provided to the Court upon request.

31. Exhibit 28 hereto is a true and accurate copy of Heslin/Lewis Trial Video Exhibit 24.

32. Attached hereto as Exhibit 29 is a true and accurate copy of the August 1, 2022 Heslin/Lewis Trial Transcript (Vol. 5).

33. Attached hereto as Exhibit 30 is a true and accurate copy of Heslin/Lewis Trial Exhibit 73.

34. Attached hereto as Exhibit 31 is a true and accurate copy of Heslin/Lewis Trial Exhibit 77.

35. Attached hereto as Exhibit 32 is a true and accurate copy of the December 9, 2019 Motion for Sanctions and Motion for Default Judgment in the Heslin Action, without its exhibits. A list of the omitted exhibits is attached thereto and any omitted exhibit will be provided to the Court upon request.

36. Attached hereto as Exhibit 33 is a true and accurate copy of the August 31, 2021 Combined Hearing on the Motions to Compel and Motions for Sanctions Transcript in the Heslin/Lewis and Pozner/De La Rosa Actions.

37. Attached hereto as Exhibit 34 is a true and accurate copy of the July 6, 2021 Motion for Contempt in *Scarlett Lewis v. Alex E. Jones,* Cause No. D-1-GN-18-006623 (the "Lewis Action"), without its exhibits. A list of the omitted exhibits is attached thereto and any omitted exhibit will be provided to the Court upon request.

38. Attached hereto as Exhibit 35 is a true and accurate copy of an excerpt from the April 3, 2019 Hearing Transcript in the Lewis Action.

39. Attached hereto as Exhibit 36 is a true and accurate copy of the December 18, 2019 Hearing Transcript in the Heslin Action.

40. Attached hereto as Exhibit 37 is a true and accurate copy of the April 1, 2022 Order on Motions for Sanctions in the Heslin/Lewis and Pozner/De La Rosa Actions.

41. Attached hereto as Exhibit 38 is a true and accurate copy of the December 20, 2019 Order on Motion for Sanctions in the Heslin Action.

42. Attached hereto as Exhibit 39 is a true and accurate copy of the August 31, 2018 Second Motion for Contempt Under Rule 215 in the Heslin Action, without its exhibits. A list of the omitted exhibits is attached thereto and any omitted exhibit will be provided to the Court upon request.

43. Attached hereto as Exhibit 40 is a true and accurate copy of the July 27, 2021 Motion to Compel and Motion for Sanctions in the Pozner/De La Rosa Action, without its exhibits. A list of the omitted exhibits is attached thereto and any omitted exhibit will be provided to the Court upon request.

44. Attached hereto as Exhibit 41 is a true and accurate copy of the October 15, 2021 Amended Order on Motion to Compel and Motion for Sanctions in the Pozner/De La Rosa Action (the "Pozner/De La Rosa Default Judgment").

45. Attached hereto as Exhibit 42 is a true and accurate copy of the September 27, 2021 Order on Plaintiff's Motion for Contempt in the Lewis Action (the "Lewis Default Judgment").

46. Attached hereto as Exhibit 43 is a true and accurate copy of the December 15, 2021 Motion for Sanctions Regarding Corporate Deposition in the Heslin, Pozner/De La Rosa, and Lewis Actions, without its exhibits. A list of the omitted exhibits is attached thereto and any omitted exhibit will be provided to the Court upon request.

47. Attached hereto as Exhibit 44 is a true and accurate copy of the January 24, 2022 Order on Plaintiffs' Motion for Sanctions Regarding Corporate Deposition in the Heslin, Pozner/De La Rosa, and Lewis Actions.

48. Attached hereto as Exhibit 45 is a true and accurate copy of the February 22, 2022 Plaintiffs' Motion for Sanctions Regarding Corporate Deposition in the Heslin, Pozner/De La Rosa, and Lewis Actions.

- 7 -

49. Attached hereto as Exhibit 46 is a true and accurate copy of the August 2, 2022 Heslin/Lewis Trial Transcript (Vol. 6).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  New York, New York
         May 12, 2023

                                              /s/ Stuart R. Lombardi
                                            **Stuart R. Lombardi**

- 8 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was filed and served on all persons entitled to receive notice via operation of this Court's CM/ECF system on May 12, 2023.

/s/ *Jennifer J. Hardy*
Jennifer J. Hardy