# Exhibit 9

(Video Exhibit To Be Provided In Format Requested By Chambers)