# Exhibit 10

## AFFIDAVIT OF LEONARD POZNER

STATE OF FLORIDA §
§
ORANGE COUNTY §

Before me, the undersigned notary, on this day personally appeared LEONARD POZNER, a person whose identity has been established to me. Upon being duly sworn, Affiant states:

1. My name is Leonard Pozner. I am over the age of 21 and competent to make this affidavit.

2. Prior to the Sandy Hook hoax controversy caused by Mr. Jones, I did not play any role in public life, nor did I seek or have access to mass media.

3. In response to fake information being spread about the Sandy Hook shooting by Mr. Jones and others, I started the HONR Network, a 501(c)(3) non-profit organization which helps address the problem of fake conspiracy theories about victims of national tragedies.

4. HONR has volunteers who work tirelessly to identify content which is harassing, defamatory, or discloses private personal information about victims of national tragedies. Volunteers then submit requests to content providers such as Google, YouTube, or Facebook asking to remove the content.

5. It is the goal of HONR to keep the families and their private lives out of the online discussions among conspiracy enthusiasts and professional hoaxers.

6. My impetus for creating HONR was my own experience seeing InfoWars and others popularize the false hoax claims about Sandy Hook and expose victims to dangerous unwanted attention.

7. My work with HONR would not have occurred had it not been for InfoWars' actions and the lies Mr. Jones aggressively fostered. In the month following the shooting, Mr. Jones alleged that my wife faked an interview with Anderson Cooper, and he cited this lie as key evidence in his claim that Sandy Hook was staged as part of a fraudulent or criminal plot. He has continued to repeat this lie for years, and he gave a platform to other malicious liars.

8. Over the next few years, Mr. Jones devoted dozens of his broadcasts to Sandy Hook. He was relentless in stating the event was fake and that my family were part of a cover-up.

Ex. D

9. Mr. Jones has specifically targeted me in his broadcasts. For example, when I was successful in having an InfoWars hoax story removed from YouTube, Mr. Jones went on an angry rant about me for nearly an hour. During this February 12, 2015 broadcast, he also hosted a call with an obsessed fellow conspiracy theorist who issued a threat to me. Mr. Jones then he showed his audience my personal information and maps to addresses associated with my family. Mr. Jones stated he would personally visit Florida to come investigate me.

10. In the years since the shooting, my family and I have been forced to move seven times. I maintain post office boxes in multiple cities to confuse conspiracy fanatics. My utility accounts are not in my name. We also take many other unusual steps to maintain our privacy that I would prefer not to disclose in a public document. To this day, conspiracy fanatics routinely exchange the latest personal information they have been able to discover about my family or post our personal details online.

11. In years following the tragedy, I have on occasion spoke publicly about how Mr. Jones and others have been spreading dangerous false information. I never wanted to enter the public discussion over whether Sandy Hook was staged. I was only responding to false statements made about my family to let people know about the danger of these hoaxes. Our intention has always been to secure more privacy and less attention from these dangerous hoaxers.

12. I was somewhat hopeful that Mr. Jones' malicious actions towards me and my family would end in late 2016, when he broadcast a video titled "Alex Jones Final Statement on Sandy Hook." In this video, Mr. Jones once again accused my wife of faking an interview with Anderson Cooper, as he has done on numerous other occasions. He concluded the video by accusing us of being actors.

13. Over the next year, I consciously attempted to avoid Mr. Jones' broadcasts. But I could not avoid the fact that online, the Sandy Hook hoax story was not going away. I then became aware sometime in March 2018 that Mr. Jones had continued to broadcast false statements about Sandy Hook and my son's death. I learned that on April 22, 2017, Mr. Jones had published a video, nearly an hour long, entitled "Sandy Hook Vampires Exposed." Mr. Jones repeated his prior lies about Sandy Hook, including the accusations about my wife's interview. Mr. Jones told his viewers that none of it was to be believed.

14. This video has caused me severe anguish and anger. I have tried for over five years to remain strong in the face of Mr. Jones' endless abuse. I had dedicated my life to debunking the conspiracy theory he spread. I've spent countless hours online in a struggle to preserve and safeguard my son's memory. But after viewing Mr. Jones' broadcast from April 22, 2017 breathing new life into these lies, I have come to realize that my son's legacy will never be pure. It will always be tainted by this ugly footnote. There will be an asterisk on my son's name that Mr. Jones created. When the story of my son is remembered by history, it will be forever tied to this horrible man.

15. Mr. Jones' 2017 statements also put my family in further danger. Due to Mr. Jones' lies, my family and I have been subjected to harassment and threats from his audience over the years. One of his fans, Lucy Richards, was successfully located by law enforcement and prosecuted for a series of disturbing death threats she made against me. After the end of her sentence in federal prison, she will be prohibited from viewing InfoWars programing.

16. When I learned of Mr. Jones' statements in 2017 reviving his sick hoax fantasy, I immediately felt an acute fear for my safety and the safety of my family.

17. I have suffered a high degree of mental stress and psychological pain due to Mr. Jones reviving the Sandy Hook hoax conspiracy in 2017. I felt that I had been making progress over the years in coming to terms with my grief, but when I learned about the "Sandy Hook Vampires Exposed" broadcast, I became both outraged and hopeless. I began to have serious trouble sleeping, and the severe stress and anxiety began to disrupt my daily routine. Due to these issues, I have decided to return to a therapist to renew psychological counselling.

FURTHER YOUR AFFIANT SAYETH NOT

_Leonard Pozner_

STATE OF FLORIDA
COUNTY OF _Orange_
The foregoing instrument was acknowledged before me this _5th_ day of _June_, _2018_, by _Leonard Pozner_, who is personally known to me or who has produced _FL DL_ as identification and who did take an oath.

Print Name: _Thepdara Sepulveres_
Notary Public
My commission expires: _8-2-20_
(SEAL)

THEPDARA SEPULVERES
Notary Public - State of Florida
Commission # GG 005377
My Comm. Expires Aug 2, 2020

3