# Exhibit 15

(Video Exhibit To Be Provided In Format Requested By Chambers)