# Exhibit 16












INFOWARS

THE ALEX JONES RADIO SHOW
LISTEN NOW

RADIO SHOW NEWS VIDEOS STORE BREAKING NEWS CONTACT SUBSCRIBE TO THE BANNED SHOW NEWSLETTER

# INTERNET CENSORS VIRAL SANDY HOOK TRUTH DOCUMENTARY

Open communication of information and ideas necessary for the functioning of any free society

Adan Salazar | Infowars.com - DECEMBER 9, 2014

"We need to talk ..." This video is no longer available due to a copyright claim by Lenny Pozner.
Sorry about that.

**Last week, video hosting site Youtube repeatedly obliged requests to remove a documentary which laid out several inconsistencies, discrepancies and anomalies surrounding the Sandy Hook school shooting.**

This item is no longer available.

Items may be taken down for various reasons, including by decision of the uploader or due to a violation of our Terms of Use.

Last Monday, an organization known as the Independent Media Solidarity released an epic documentary entitled "We Need to Talk About Sandy Hook," which they hosted on their own site as well as on Youtube.

Within hours of the video's upload, it was well on its way to going viral, however its success was short lived.

It's Finally Back!
33% OFF
ORDER NOW

Shortly after Infowars began hosting the video the following Tuesday morning, it was suddenly removed from Youtube "due to a copyright claim by Lenny Pozner."

"We need to talk ..." This video is no longer available due to a copyright claim by Lenny Pozner.
Sorry about that.

(It should be noted the video was taken down despite carrying a message stating its materials are presented "in compliance with fair use principles," and that "Use of copyright material in this video generates social benefits that greatly outweigh any cost to the copyright owner, and is therefore a protected form of speech.")

Pozner is reportedly the parent of one of the children supposedly killed at Sandy Hook and is an outspoken critic of people who claim the shooting to be a staged event. It is noted in the documentary that he is also the chairman and CEO of Traxware, "a company that specializes in removal of internet slander, internet defamation, mugshots, defamations of character and online public records."

"This guy's company would come in handy to any Sandy Hook hoax perpetrators with prior convictions," Youtube researcher MrStosh314 states in the film. "He could ultimately remove any negative associations from the Internet. Could he be hanging around online bloggers and researchers for the purpose of protecting the Sandy Hook parents?"

After Infowars swapped out the video for an alternate copy, the video was again pulled, this time "due to a copyright claim by HONR Netowrk," a group which seeks "To bring awareness to Hoaxer activity and to criminally and/or civilly prosecute those who wittingly and publicly defame, harass, and emotionally abuse the victims of high profile tragedies and/or their family members." Honr Network is apparently also linked to Pozner.

The latest upload (above) comes directly from the Independent Media Solidarity website.

This is likely not the first Sandy Hook "truther" video to be censored on Youtube, but its repeated deletion is made all the more curious due to the sheer volume of information and investigative research that went into creating the work.

Regardless of one's stance on the Sandy Hook issue, most people can agree the free flow of information is imperative to the betterment of mankind and that the open communication of information and ideas, no matter how controversial or outlandish they may seem, is necessary for the functioning of any "free" society.

The video's censorship is akin to actions taken in the *1984* world envisioned by George Orwell, where history could be deleted and rewritten and information censored at a whim. Sending informational films down the memory hole merely serves to fuel the theories which claim that a larger cover-up is at play.

"Who controls the past, controls the future: who controls the present controls the past," the infamous Ingsoc slogan goes.

*On Friday, Infowars Nightly News will interview one of the researchers who appeared in the documentary, "We Need to Talk About Sandy Hook." Stay tuned!*

It's Finally Back!
DNA FORCE PLUS
33% OFF
ORDER NOW

SIGN UP FOR INFOWARS FORBIDDEN NEWS ALERTS
SUBSCRIBE NOW!
WE NEED YOUR SUPPORT! DONATE TO HELP THE INFOWAR!
DONATE
DOWNLOAD THE FREE APP
GET IT ON Google Play

UP TO 50% OFF STORABLE FOODS

## RELATED ARTICLES

DONALD TRUMP HAS WON THE 2016 PRESIDENTIAL ELECTION
NEWSLETTER

HILLARY'S HOWARD DEAN MOMENT: 'LOVE TRUMPS... BYAH!!'
NEWSLETTER

TOP HIGHLIGHTS FROM THE FINAL PRESIDENTIAL DEBATE
NEWSLETTER

BILL CLINTON'S 'SON': HILLARY'S KEEPING ME AWAY FROM MY DAD!
NEWSLETTER

RUSSIA LAUNCHES NO FLY ZONE – THREATENS WAR WITH US
NEWSLETTER

## TRENDING NOW

Ads by Revcontent

Dutch Company Fires Manager After Making Thousands Rich By Mistake
Finance Times

Amsterdam People Leave Their Jobs After Watching This Video
Trademy

Why Cardiologists Will No Longer Prescribe Blood Pressure Drugs (Watch)
Living Healthy Hub

12x Better Than Solar Panels? Prepper's Invention Takes Country By Storm!
Patriot Advance Report

How To Find And Backup All Your Old Photos Instantly!
Patriot Advance Report

The Reason Doctors No Longer Prescribe Diabetes Meds (Watch)
Healthier Patriot

## SEARCH

Search for articles

It's Finally Back!
DNA FORCE PLUS
33% OFF
ORDER NOW

## TODAY ON THE ALEX JONES SHOW

**Wednesday, March 6th: Migrant Invasion** - Illegal immigration under President Trump is projected to surpass levels seen under Obama. In fact, new data shows the migrant...

READ MORE

Retraction of Dr. Jerome Corsi Regarding the Murder of Seth Rich

## WATCH LIVE NOW

WATCH LIVE: THE MOST CENSORED
0:10
LIVE

## LATEST STORIES

- Father of "Global Warming" Proposes Solar Shield of Sulfur Dioxide
- Majority of Economists Say $15 Minimum Wage a Bad Idea
- Watch Live: Twitter's Jack Dorsey Exposed by Tim Pool on JRE
- Illegal Immigrant Assaulted Border Patrol Agent with Lawnmower Blade, Say Feds
- Macron's Letter in 22 Languages Blames BREXIT for France Crisis as Election Approaches
- Infections From Vaccines in 3 States, 200 Migrants With Measles in Texas Detainment

## GET INFORMED

Get the latest breaking news & specials from Alex Jones and the Infowars crew.

First Name
Last Name
Email Address
SUBSCRIBE

## VISIT OUR STORE SHOP HERE→

DNA FORCE PLUS

Your Price: $149.95
On Sale: $99.50

With one of our most advanced formulas yet, DNA Force Plus is finally here. Focusing on overhauling your body's cellular engines and protecting them from reactive oxygen species, DNA Force Plus has one of the best combinations of antioxidants on the market.

BUY NOW
LEARN MORE

## ILLUSTRATION

WITH YOUR HELP WE'RE GOING TO TRANSFORM THIS COUNTRY
GOVERNMENT BREAD
LINE
Bernie 2020

## POLLS

What's the main reason Hillary Clinton bowed out of the 2020 presidential race?

- Part of plea agreement.
- Ill health.
- She doesn't want to be indicted.
- Dems asked her not to run.

Vote View Results

INFOWARS

© 2019 Infowars.com is a Free Speech Systems, LLC Company.
All rights reserved. Digital Millennium Copyright Act Notice.

Radio
Video
NewsWars
PPTV
Store
Infowars Life
T.O.S.
Archive
Watch Alex Jones Show
Most Recent
D.M.C.A.
Corrections
About Alex Jones Show
Subscribe
Contact