# Exhibit 18

# MYSTERY: SANDY HOOK VICTIM DIES (AGAIN) IN PAKISTAN

Photo of child killed at Sandy Hook shows up at Pakistani school shooting

Adan Salazar | Infowars.com · JANUARY 7, 2015 ©

**Update:** Following publication of this report, the APSACS Facebook page deleted all photos showing Noah Pozner, of which there were more than three.

A large scale attack on a school in Peshawar, Pakistan, last month left 132 school children and 10 teachers dead.

Among the alleged victims emerged the familiar face of Noah Pozner, one of the children supposedly killed in the December 2012 Sandy Hook school shooting in Newtown, Connecticut.

**CLICK HERE TO SEE IMAGES OF NOAH POZNER**



Without explanation, Pozner's image has appeared in multiple photos and reports of the high-profile Army Public School shooting, reportedly carried out by 9 members of an elite Taliban terror group on December 16.

Here, and in several other photos, Peshawar residents seem genuinely convinced Pozner was a victim of their recent massacre, as his photo hangs directly beneath the microphone of a speaker's podium surrounded by mourners. / Image credit: APSACS Facebook

Despite the death over two years ago, Pozner also managed to be memorialized on a wall dedicated to the APSACS massacre victims, according to a photo taken by Agence France Press.

Pozner's smiling face is also prominently displayed in a photo meme appearing on the website aworldtestschool.org, who lists among its supporters the globalist NGO USAID and several United Nations sub-branches, and his photo is also topped with the name "Huzaifa Huzaifa" on the "Army Public School & College – Boys Peshawar" Facebook page.

A large poster-sized image of Pozner also appears on a memorial wall in Peshawar, and can be spotted in at least two BBC world news reports.

BBC reporter stands near Pozner's image at 0:09 in the video featured here (The BBC scrubbed the image from that particular video, it can be seen here).

Same image appears in another BBC report, this time at 0:45, here. (The BBC scrubbed the image from that particular video, it can be seen here.)

The BBC and its American counterpart "CNN also played a central role in publicizing the Sandy Hook massacre," notes Florida Atlantic University Professor James Tracy, "The emergence and apparent use of the well-known photo to memorialize the December 16 Taliban school attack victims calls into question the authenticity of both events."

A journalist with Pakistan's Express Tribune spotted the image of Pozner early on.



As yet, no official explanation has emerged as to why Pozner's photo has been inserted among the APSACS victims, but the BBC speculates that internet "recycling" of images is to blame, as another photo featuring a bloody shoe was also misattributed to the same event.

Can the photo's misuse simply be brushed off as another bumbling Google image search mistake? Or could it be willful subterfuge aimed at poking fun at those who question the validity of the Sandy Hook event?

Professor Tracy also notes the massacre enabled Pakistani authorities to pass some rather draconian legislation:

❝ Pakistan's political and military leaders have seized upon the anti-December incident to force through drastic measures regulating political prisoners and anti-government militants. On day after the massacre were The Pakistan government of Prime Minister Nawaz Sharif lifted its six-year moratorium on capital punishment in a case "to eliminate terrorists in Pakistan irrespective of whether they targeted in neighboring Afghanistan or India," McClatchey News reports. "Officials said these 23 terrorists would be executed within days, and there is likely to be followed by dozens more hangings of prisoners around the country." Pakistan presently has over 3,000 prisoners on death row. [4]

On December 24 Pakistan's politicians lifted formal constraints on the army to pursue a two-year military campaign against "Islamist terrorists." "We now it is our coming generation to eliminate the scourge of terror, far once and for all," army chief of staff General Raheel Sharif echoed political platform leaders gathered at the prime minister's residence. Almost immediately following the December 16 massacre, Sharif had labeled "anti-fatological powers for the military to pursue, detain and pass verdict on Islamist militants and their abettors." [5]





 

 
