# Exhibit 26

(Video Exhibit To Be Provided In Format Requested By Chambers)