# Exhibit 30

**From:** Paul Joseph Watson <watson-paul3@sky.com>
**To:** Buckley <buckley@infowars.com>, "anthony@infowars.com" <anthony@infowars.com>
**Subject:** Sandy Hook
**Date:** 2015-12-17 21:15:38 +0000

Sent this to Alex.

This Sandy Hook stuff is killing us. It's promoted by the most batshit crazy people like Rense and Fetzer who all hate us anyway. Plus it makes us look really bad to align with people who harass the parents of dead kids. It's gonna hurt us with Drudge and bringing bigger names into the show. Plus the event happened 3 years ago, why even risk our reputation for it?

Sent from my iPhone