# Exhibit 31

**From:** "watson-paul3@sky.com" <watson-paul3@sky.com>
**To:** Buckley <buckley@infowars.com>
**Subject:** Re: Quantcast Ranking
**Date:** 2016-11-18 17:50:40 +0000
**Inline-Images:** CtetNLHWcAAf3C2.jpg

---

Sure please send it again.

On Friday, 18 November 2016, 15:54, Buckley <buckley@infowars.com> wrote:

But no! Surely it's a conspiracy theory that they are trying to suppress our popularity so that that lizard people can return to the ascension pad at Sandy Hook and feast on Sacrificed crisis actors!



lol

thanks.

Also, we need to get you set up to broadcast/upload videos on the new App! I'll resend instructions.

-B

On Nov 18, 2016, at 3:24 AM, watson-paul3@sky.com wrote:

On Friday, 18 November 2016, 9:24, "watson-paul3@sky.com" <watson-paul3@sky.com> wrote:

Thanks, I will pass this on.

On Friday, 18 November 2016, 1:50, Lainie Mulvey <lmulvey@quantcast.com> wrote:

Hello Paul Joseph,



**#4488.1**
FSSTX-076588

Infowars experienced a surge in traffic around Nov 8th. All large sites experiencing a traffic surge have a hold automatically placed on rankings for system review; this process typically takes 7-10 business days. During this period the Infowars profile has remained public at [quantcast.com/infowars.com](quantcast.com/infowars.com). We hope this resolves any confusion surrounding the temporary hold on your ranking, which will be restored shortly, hopefully as soon as tomorrow. Please know that as a Quantcast customer, Infowars can contact our support team at any time with questions regarding your measurement information.


LM


**Lainie Mulvey**
Sr. Communications Manager

<image001.png>