# Exhibit 44

Filed in The District Court
of Travis County, Texas

AR JAN 24 2022

At 9:20 A.M.

Velva L. Price, District Clerk

D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN | § § | IN DISTRICT COURT OF |
| VS. | § § | TRAVIS COUNTY, TEXAS |
| ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER | § § § § | 261st DISTRICT COURT |

D-1-GN-18-001842

| | | |
|---|---|---|
| LEONARD POZNER AND VERONIQUE DE LA ROSA | § § § | IN DISTRICT COURT OF |
| VS. | § § | TRAVIS COUNTY, TEXAS |
| ALEX E. JONES, INFOWARS, LLC, and FREE SPEECH SYSTEMS, LLC | § § § | 345th DISTRICT COURT |

D-1-GN-18-006623

| | | |
|---|---|---|
| SCARLETT LEWIS | § § | IN DISTRICT COURT OF |
| VS. | § § | TRAVIS COUNTY, TEXAS |
| ALEX E. JONES, INFOWARS, LLC and FREE SPEECH SYSTEMS, LLC | § § § | 98th DISTRICT COURT |

**ORDER ON PLAINTIFFS' MOTION FOR SANCTIONS
REGARDING CORPORATE DEPOSTION**

On this day, the Court considered Plaintiffs' Motion for Sanctions Regarding Corporate Deposition. After considering the pleadings, evidence, and arguments of counsel, the Court finds that the Motion should be GRANTED and that the December 3, 2021

1

deposition of Free Speech Systems, LLC is held to be a non-appearance. As such, the Court ORDERS the following:

1. Defendants shall pay all costs and expenses associated with the December 3, 2021 deposition of Free Speech Systems, Plaintiffs' Motion for Sanctions, and the January 14, 2022 hearing. Plaintiffs are ordered to submit an itemization of their costs and expenses to Defendants. If Defendants cannot agree to the amount, Plaintiffs shall submit evidence to the Court of the reasonable value of their costs and expenses.

2. Defendants are ordered to present within the next 30 days a fully prepared corporate representative for the topics previously noticed.

3. Defendants shall pay all costs and expenses associated with the additional deposition. Plaintiffs are ordered to submit an itemization of their costs and expenses to Defendants following the deposition. If Defendants cannot agree to the amount, Plaintiffs shall submit evidence to the Court of the reasonable value of their costs and expenses.

4. All discovery directed to the Plaintiffs is hereby stayed pending further orders of the Court.

5. All other remedies related to the Motion for Sanctions are taken under advisement until after the completion of the additional corporate deposition.

Dated January 20, 2022.

Hon. Maya Guerra Gamble

2