United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones,<br>        Debtor. | Bankruptcy<br><br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate Of Marcel Fontaine,<br>        Plaintiffs<br>    v.<br>Alexander E. Jones,<br>        Defendant. | Adv. Pro. No. 23-03035 (CML) |

**ORDER GRANTING TEXAS PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY**

The Court, after reviewing *Texas Plaintiffs' Emergency Motion For An Order To Extend Deadline To File Reply* (the "Motion"), finds that good cause exists to modify the Texas Plaintiffs' deadline to file their summary judgment reply in the adversary proceeding, as agreed with the Debtor, and that the Emergency Motion should be GRANTED.

The Texas Plaintiffs' deadline to file a reply in further support of the motion for summary judgment in the Jones Adversary Proceedings (as defined in Doc. No. 13) is **July 14, 2023.**

Signed: July 07, 2023

Christopher Lopez
United States Bankruptcy Judge