## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re | |
| Alexander E. Jones, | Bankruptcy |
| | Case No. 22-33553 (CML) |
| Debtor. | |
| | Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine, | |
| Plaintiffs, | Adv. Pro. No.: 23-03035 (CML) |
| v. | |
| Alexander E. Jones and Free Speech Systems, LLC, | |
| Defendants. | |

## THE TEXAS PLAINTIFFS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON AUGUST 15, 2023

The Texas Plaintiffs file this witness and exhibit list for the hearing scheduled for August 15, 2023 at 10:00 am:

## **WITNESSES**

As the summary-judgment record is closed, the Texas Plaintiffs will not call witnesses at the hearing.

## **EXHIBITS**

As the summary-judgment record is closed, the Texas Plaintiffs at the hearing may rely on exhibits provided to the Court and opposing counsel in support of their Motion for Summary Judgment [Dkt. 27] and listed in the Declaration of Stuart R. Lombardi [Dkt. 29].

.

*[Remainder of Page Intentionally Left Blank]*

Dated:  August 8, 2023

/s/ *Jennifer J. Hardy*

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com


**AND**

Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: rstrickland@willkie.com
　　　slombardi@willkie.com
　　　csisco@willkie.com

*Bankruptcy Co-Counsel to the Texas Plaintiffs*

**MCDOWELL HETHERINGTON LLP**
Avi Moshenberg (TX Bar No. 24083532)
1001 Fannin Street
Suite 2400
Houston, Texas 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850
Email: avi.moshenberg@mhllp.com


**AND**

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin (TX Bar No. 24070221)
1200 Smith Street
Suite 1400
Houston, Texas 77002
Telephone: 713-356-1280
Facsimile: 713-658-2553
Email: jarrod.martin@chamberlainlaw.com

*Bankruptcy Co-Counsel to the Texas Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed and served on all persons entitled to receive notice via operation of this Court's CM/ECF system on August 8, 2023.

*/s/ Jennifer J. Hardy*
Jennifer J. Hardy