IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| ALEXANDER E. JONES, | § § | Case No. 22-33553 (CML) |
| Debtor. | § § § § | |
| -------------------------------------------------- | § | |
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, AND ESTATE OF MARCEL FONTAINE, | § § § § § § | Adv. Proc. No. 23-3035 |
| Movants, | § § | |
| v. | § § | |
| ALEXANDER E. JONES, | § § § | |
| Defendant. | § § | |

**NOTICE OF APPEAL**
**(Relates to Doc. 46)**

Appellant Alexander E. Jones ("Appellant"), a defendant in the above-captioned adversary case, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedures 8004, appeals to the United States District Court for the Southern District of Texas the *Memorandum Decision on Texas Plaintiffs' Motion for Summary Judgment Against Jones* (the "Texas Order") (Doc. 46) dated October 19, 2023. A copy of the Texas Order being appealed is attached hereto, marked as Exhibit A. This *Notice of Appeal* (the "Notice") is filed contemporaneously with Appellant's *Debtor Alexander E. Jones' Motion for Leave to Appeal* (the "Accompanying Motion"). Appellant

1

respectfully requests that the Accompanying Motion be transmitted along with this Notice to the United States District Court for the Southern District of Texas.

The names of all parties to the Texas Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Party's Attorney |
|---|---|
| Defendant Alexander E. Jones | **CROWE & DUNLEVY, P.C.**<br><br>Vickie L. Driver<br>State Bar No. 24026886<br>Christina W. Stephenson<br>State Bar No. 24049535<br>2525 McKinnon Avenue, Suite 425<br>Dallas, TX 75201<br>Telephone: 737- 218-6187<br>dallaseservice@crowedunlevy.com<br><br>-AND-<br><br>J. Christopher Davis<br>Oklahoma Bar #16629 (admitted *pro hac vice*)<br>Deric J. McClellan<br>Oklahoma Bar # 32827 (admitted *pro hac vice*)<br>222 N. Detroit Ave., Suite 600<br>Tulsa, Oklahoma 74120<br>Telephone: 737- 218-6187<br>dallaseservice@crowedunlevy.com<br><br>-AND-<br><br>Shelby A. Jordan<br>**JORDAN & ORTIZ, P.C.**<br>State Bar No. 11016700<br>500 N. Shoreline Blvd., Suite 804<br>Corpus Christi, TX 78401<br>Telephone: 361-884-5678<br>Facsimile: 361-888-5555 |

2

| | |
|---|---|
| Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, and Veronique De La Rosa[1] | Jennifer J. Hardy<br>600 Travis Street<br>Houston, Texas 77002<br>Telephone: 713-510-1700<br>Facsimile: 713-510-1799<br>Email: jhardy2@willkie.com<br><br>AND<br><br>Rachel C. Strickland<br>Stuart R. Lombardi<br>Ciara A. Sisco<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: 212-728-8000<br>Facsimile: 212-728-8111<br>Email: rstrickland@willkie.com<br>slombardi@willkie.com<br>csisco@willkie.com<br>*Bankruptcy Co-Counsel to the Texas Plaintiffs*<br><br>Avi Moshenberg (Texas Bar No. 24083532)<br>**MCDOWELL HETHERINGTON LLP**<br>1001 Fannin Street<br>Suite 2700<br>Houston, Texas 77002<br>Telephone: 713-337-5580<br>Facsimile: 713-337-8850<br>Email: avi.moshenberg@mhllp.com<br><br>AND<br><br>Jarrod B. Martin<br>**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**<br>1200 Smith Street<br>Suite 1400<br>Houston, Texas 77002<br>Telephone: 713-356-1280<br>Facsimile: 713-658-2553<br>Email: jarrod.martin@chamberlainlaw.com |

---

[1] The Estate of Marcel Fontaine is a party to this Adversary Proceeding but did not join in the Texas Plaintiffs' Motion for Summary Judgment and therefore is not listed as a party to the Texas Order appealed from. However, to the extent this information is necessary, counsel for this party is the same as the remaining Plaintiffs listed herein.

|  | *Bankruptcy Co-Counsel to the Texas Plaintiffs* |
|---|---|

Dated: November 2, 2023.

                Respectfully submitted,

                **CROWE & DUNLEVY, P.C.**

                */s/ Christina W. Stephenson*
                Vickie L. Driver
                State Bar No. 24026886
                Christina W. Stephenson
                State Bar No. 24049535
                2525 McKinnon Avenue, Suite 425
                Dallas, TX 75201
                Telephone: 737- 218-6187
                dallaseservice@crowedunlevy.com

                -AND-

                J. Christopher Davis
                Oklahoma Bar #16629 (admitted *pro hac vice*)
                Deric J. McClellan
                Oklahoma Bar # 32827 (admitted *pro hac vice*)
                222 N. Detroit Ave., Suite 600
                Tulsa, Oklahoma 74120
                Telephone: 737- 218-6187
                dallaseservice@crowedunlevy.com

                **COUNSEL FOR DEFENDANT-APPELLANT ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I certify that on November 2, 2023, a true and correct copy of the foregoing pleading was served via the Court's ECF system to the parties registered to receive electronic notice and/or via electronic mail on the following:

| | |
|---|---|
| Jennifer J. Hardy<br>600 Travis Street<br>Houston, Texas 77002<br>Telephone: 713-510-1700<br>Facsimile: 713-510-1799<br>Email: jhardy2@willkie.com<br><br>AND<br><br>Rachel C. Strickland<br>Stuart R. Lombardi<br>Ciara A. Sisco<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: 212-728-8000<br>Facsimile: 212-728-8111<br>Email: rstrickland@willkie.com<br>slombardi@willkie.com<br>csisco@willkie.com<br>*Bankruptcy Co-Counsel to the Texas Plaintiffs* | Avi Moshenberg (Texas Bar No. 24083532)<br>**MCDOWELL HETHERINGTON LLP**<br>1001 Fannin Street<br>Suite 2700<br>Houston, Texas 77002<br>Telephone: 713-337-5580<br>Facsimile: 713-337-8850<br>Email: avi.moshenberg@mhllp.com<br><br>AND<br><br>Jarrod B. Martin<br>**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**<br>1200 Smith Street<br>Suite 1400<br>Houston, Texas 77002<br>Telephone: 713-356-1280<br>Facsimile: 713-658-2553<br>Email: jarrod.martin@chamberlainlaw.com<br>*Bankruptcy Co-Counsel to the Texas Plaintiffs* |

*/s/ Christina W. Stephenson*
Christina W. Stephenson